# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **DONNA PEARSON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | Case No. 25-CV-2049 |
| ) | |
| **CARRINGTON MORTGAGE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#38) was filed by Magistrate Judge Eric I. Long in the above cause on January 21, 2026. On January 27, 2026, Plaintiffs filed their Objections to Report and Recommendation (#39). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiffs' Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#38). This court agrees that this case must be DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#38) is accepted by this court.

(2) This case is DISMISSED for failure to prosecute pursuant to Rule 41(b). Plaintiff's Motion for Default Judgment (#36) is DENIED.

(3) This case is terminated.

ENTERED this 4th day of March, 2026.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE